

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-20-00102-CV

**GONZALES NURSING OPERATIONS, LLC** f/d/b/a Texas Nursing & Rehab of Gonzales,
Appellants

v.

Alta Mae **SMITH,** Rosie L. Smith, ALton Allen Jr., A.B. Allen David L. Allen, Melvin L.
Allen, Individually on behalf of the Estate of Nannie B. Allen, Deceased,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14718
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Supreme Court of Texas has issued a First Emergency Order Regarding the COVID-19 State of Disaster, which permits (but does not require except to avoid risk to court staff, parties, attorneys, jurors, and the public) this court to modify or suspend deadlines while the state of disaster is in effect. As stated on this court's website: "Other than working remotely, the Fourth Court of Appeals remains fully operational."

Appellant has filed an unopposed motion for extension of time to file the brief until "20 days after the Texas Governor lifts the disaster declaration for the State of Texas." Appellant's motion does not identify any other basis for the extension. Because the supreme court's emergency order does not mandate suspension of appellate deadlines and because this court remains fully operational, the motion is DENIED IN PART to the extent appellant seeks an extension based on the indeterminate end date of the state of disaster. The motion is GRANTED IN PART to allow appellant a twenty-day extension of time to file appellant's brief, or until April 27, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court